**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Waleade Adeniyi Idowu,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO.: 1:25-cv-3152** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Elizabeth Grant, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

On October 2, 2025, Plaintiff, Waleade Adeniyi Idowu, filed a Notice of Dismissal pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i). This Court, having reviewed the Notice, hereby ORDERS that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: 10/6/25

/S/

MATTHEW J. MADDOX
UNITED STATES DISTRICT JUDGE